IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-029-RLV-DCK

| | |
|---|---|
| NILOY, INC., d/b/a DCT SYSTEMS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LOWE'S COMPANIES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by Ryan G. Rich, concerning Kevin J. White on March 16, 2016. Mr. Kevin J. White seeks to appear as counsel *pro hac vice* for Defendant Lowe's Companies, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.** Mr. Kevin J. White is hereby admitted *pro hac vice* to represent Defendant Lowe's Companies, Inc.

**SO ORDERED**.

Signed: March 16, 2016

David C. Keesler
United States Magistrate Judge