# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-029-RLV-DCK

| | |
|---|---|
| NILOY, INC. d/b/a DCT SYSTEMS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LOWE'S COMPANIES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Michael Foster's [Motion and] Memorandum Of Law In Support Of His Motion To Intervene Pursuant To Rule 24(a)(2) And (b)(1)" (Document No. 41) filed January 20, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion and the record, and noting that Plaintiff and Defendant do not oppose the motion, the undersigned will <u>grant</u> the motion.

Movant Michael Foster ("Foster") noted in his "…Memorandum…" that "Defendant, Lowe's does not oppose this motion." (Document No. 41, p.5). "Plaintiff Niloy, Inc. D/B/A DCT Systems' Response To Michael Foster's Motion To Intervene" filed on February 3, 2017, also states that Plaintiff "does not oppose to Foster's intervention as an individual party in this case." (Document No. 42, p.1).

**IT IS, THEREFORE, ORDERED** that "Michael Foster's [Motion and] Memorandum Of Law In Support Of His Motion To Intervene Pursuant To Rule 24(a)(2) And (b)(1)" (Document No. 41) is **GRANTED**. Michael Foster, individually, is allowed to intervene in this action.

**SO ORDERED**.

Signed: February 6, 2017

David C. Keesler
United States Magistrate Judge