IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-029-RLV-DCK

| | |
|---|---|
| NILOY, INC. d/b/a DCT SYSTEMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Ronald Bouchard And Dennis Fink's Unopposed Motion To Intervene & To File A Complaint In Intervention" (Document No. 50) filed February 3, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Plaintiff and Defendant do not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Ronald Bouchard And Dennis Fink's Unopposed Motion To Intervene & To File A Complaint In Intervention" (Document No. 50) is **GRANTED**.[1]

Signed: July 6, 2017

David C. Keesler
United States Magistrate Judge

---

[1] The Administrative Procedures Governing Filing and Service by Electronic Means, revised January 1, 2012, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket."